**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAVID LELAND LESAK, #127171** | § | |
| | § | |
| **v.** | § | **NO. 4:26-CV-00987-BD** |
| | § | |
| **TRACY MURPHREE** | § | |

**MEMORANDUM OPINION AND ORDER**

Proceeding pro se, David Leland Lesak filed a civil-rights action under 42 U.S.C. § 1983. The action was assigned to me, Dkt. 4, and Lesak consented to my conducting all proceedings, Dkt. 7.

A copy of an order that was sent to Lesak at the address he provided has been returned to the court marked "RETURN TO SENDER – NOT IN DENTON COUNTY JAIL" and "RELEASED 8/10/26." Dkt. 8. It is Lesak's responsibility to notify the clerk of court of his current physical mailing address. *See* Loc. R. CV-11(d). Because Lesak has not updated his address with the court, he has failed to prosecute his case.

The exercise of the power to dismiss for failure to prosecute is committed to the sound discretion of the court; appellate review is only for abuse of that discretion. *Green v. Forney Eng'g Co.*, 589 F.2d 243, 247 (5th Cir. 1979); *Lopez v. Aransas Cnty. ISD*, 570 F.2d 541, 544 (5th Cir. 1978). Not only may a district court dismiss for want of prosecution upon motion of a defendant, but it may also dismiss an action sua sponte when necessary to achieve the orderly and expeditious disposition of a case. *Link v. Wabash R. Co.*, 370 U.S. 626, 629–31 (1962); *Anthony v. Marion Cnty. Gen. Hosp.*, 617 F.2d 1164, 1167 (5th Cir. 1980). A district court may dismiss an action for failure of a litigant to prosecute or to comply with any order of the court. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988); Fed. R. Civ. P. 41(b). In this case, Lesak has failed to update the court with his current address and has prevented the court from communicating with him regarding his case. Therefore, the case will be dismissed for failure to prosecute.

It is **ORDERED** that the case is dismissed without prejudice.

So **ORDERED** and **SIGNED** this 26th day of August, 2026.

Bill Davis
United States Magistrate Judge